TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00809-CR






Tommy Lynn Drake, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT


NO. 2002-115, HONORABLE FRED R. CLARK, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Erick A. Bovik, is ordered to tender a brief in this cause no later than October 29, 2003. 
No further extension of time will be granted.

It is ordered October 3, 2003. 


Before Chief Justice Law, Justices B. A. Smith and Patterson

Do Not Publish